UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>KOCH INDUSTRIES, INC.<br><br>Defendant. | Docket No: 1:21-cv-00959<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff CHRISTIAN SANCHEZ by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated: Brooklyn, New York
April 2, 2021

The parties' request is granted. All deadlines in this action are stayed. If this action is not voluntarily dismissed by May 3, 2021, the parties are directed to file a status letter with the Court describing the status of settlement discussions.

Respectfully submitted,
/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

SO ORDERED.
Date: April 2, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge

1